No. 74–299.   Premier Industrial Corp. v. Marlow et al.   Sup. Ct. Ala.   Certiorari denied.

No. 74–347.   Bierman, Administratrix v. Progressive Finance Co.   Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 74–351.   Savannah Sugar Refining Corp. v. Baxter.   C. A. 5th Cir.   Certiorari denied.

No. 74–357.   Sanders Brine Shrimp Co. v. Southern Pacific Transportation Co.   C. A. 10th Cir.   Certiorari denied.

No. 74–358.   Jno. McCall Coal Co., Inc., et al. v. Culbertson, Executrix.   C. A. 4th Cir.   Certiorari denied.

No. 74–361.   Scott v. Tennessee.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 74–366.   Fisher et al. v. Copeland Refrigeration Corp. et al.   C. A. 6th Cir.   Certiorari denied.

No. 74–369.   Weidinger Chevrolet, Inc. v. Universal C. I. T. Credit Corp.   C. A. 8th Cir.   Certiorari denied.

No. 74–371.   Cordle v. Alabama.   Ct. Crim. App. Ala. Certiorari denied.